**In re MICRON TECHNOLOGY, INC.**

**No. 2006–1230.**

United States Court of Appeals,
Federal Circuit.

Dec. 11, 2006.

**DIGITAL ANGEL CORPORATION,**
**Plaintiff–Appellant,**

v.

**ALLFLEX USA, INC. and Pet Health**
**Services (USA), Inc., Defendants–**
**Appellees.**

**No. 2006–1318.**

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2006.

MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

SCHALL, LINN, and DYK, Circuit Judges.